UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
April 14, 2015
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-mj-00084-CKD |
| Plaintiff, | |
| v. | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| TAMMIE ROTH HANANIA, | |
| Defendant. | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  TAMMIE ROTH HANANIA ,

Case No.  2:15-mj-00084-CKD  from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $  50,000

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other): Pretrial Services conditions.

Issued at Sacramento, California on April 14, 2015 at 2:15 PM

By: _____

Magistrate Judge Carolyn K. Delaney